UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES DAVIS,

    Plaintiff,

v.

THE STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:10-CV-01364-KJD-PAL

**ORDER**

    Presently before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* ("IFP") on Appeal (#16). Having read and considered Plaintiff's motion, it is denied as the appeal is frivolous and not taken in good faith. See 28 U.S.C. §1915(a)(3). Under 28 U.S.C. § 1915(g), Plaintiff has been banned from filing actions IFP unless he can show he is in imminent danger of serious physical injury. See Case No. 3:04-cv-529-ECR-VPC. Plaintiff asserts that by his incarceration he is in imminent danger. However, Plaintiff's complaint did not address those allegations, but again attempted to attack his state court conviction.

    Instead, demonstrating that the appeal is taken in bad faith, Plaintiff is essentially challenging his state court criminal convictions which have never been reversed on direct appeal, expunged by executive order, or declared invalid. See Heck v. Humphrey, 512 U.S. 477, 484 (1994)(section 1983 actions are not appropriate vehicles for challenging state court convictions).

1  Accordingly, Plaintiff should not be permitted to proceed *in forma pauperis* where, as here,
2 the appeal is frivolous and not taken in good faith.  28 U.S.C. §1915(a)(3).
3  DATED this 22nd day of April 2011.

_____
Kent J. Dawson
United States District Judge